**IT IS HEREBY ADJUDGED and DECREED this is SO ORDERED.**

**Dated: June 16, 2014**

*Sarah S. Curley*
**Sarah S. Curley, Bankruptcy Judge**
_____

**ANTHONY H. MASON**
CHAPTER 7 TRUSTEE
PO BOX 4427
PHOENIX, ARIZONA 85030-4427
(602) 808-7770

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>BRADLEY J BAKER<br><br><br><br>Debtor. | Chapter 7<br><br>Case No. 2:10-bk-39592-SSC<br><br>**ORDER TO PAY UNCLAIMED FUNDS TO THE U.S. BANKRUPTCY COURT** |

Upon application of the Trustee and good cause appearing,

IT IS ORDERED that the Trustee pay over the amount of $3,978.61 to the Clerk of the Court pursuant to Bankruptcy Rule 3010, and §347 of the Code.

DATED AND SIGNED ABOVE.

-1-